UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELIA P. LAMAACK,<br><br>          Plaintiff,<br><br>    v.<br><br>ROCKET MORTGAGE, INC.,<br><br>          Defendant. | Case No. 1:22-cv-00634-KES-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND DISMISSING CASE<br><br>Docs. 16, 27 |

       This civil rights case arises from a loan issued to plaintiff Celia P. Lamaack by Rocket Mortgage, Inc. ("Defendant"). Defendant's motion for summary judgment was referred to a United States magistrate judge on March 31, 2025, pursuant to 28 U.S.C. § 636(b)(1)(B), for the preparation of findings and recommendations. Doc. 25.

       Defendant removed this case to this Court on May 25, 2022. Doc. 1. On October 11, 2022, defendant filed a motion for summary judgment. Doc. 16. Plaintiff failed to oppose the motion. *See generally* Docket. On January 9, 2024, defendant indicated its belief that plaintiff had abandoned this case. Doc. 23. On April 1, 2025, the assigned magistrate judge, citing defendant's indication that plaintiff may have abandoned this case and noting that plaintiff had not filed anything in this case for nearly three years, ordered plaintiff either to file a status report

1

1  stating whether she intended to prosecute this case or to file a request for voluntary dismissal.
2  Doc. 26.  Plaintiff did not respond.  *See* Docket.
3      On June 23, 2025, the assigned magistrate judge issued findings and recommendations
4  recommending that defendant's motion for summary judgment be granted and that this case be
5  dismissed both on that basis and for failure to prosecute.  Doc. 27.  Specifically, the findings and
6  recommendations found that defendant had demonstrated that there was no genuine issue of
7  material fact on plaintiff's claim for financial elder abuse or on plaintiff's claim for negligent
8  infliction of emotional distress and that defendant was entitled to judgment as a matter of law.  *Id.*
9  at 9, 10.  The findings and recommendations also found that dismissal was warranted as a
10 sanction for plaintiff's failure to respond to the Court's April 1, 2025 order.  *Id.* at 11.  No
11 objections were filed, and the time to do so has passed.
12     In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de
13 novo review of this case.  Having carefully reviewed the file, the Court concludes that the
14 findings and recommendations are supported by the record and proper analysis.
15     Accordingly:
16         1. The findings and recommendations issued on June 23, 2025, Doc. 27, are adopted
17            in full;
18         2. Defendant's motion for summary judgment, Doc. 16, is granted; and
19         3. The Clerk of Court is directed to enter judgment for defendant and to close this
20            case.

IT IS SO ORDERED.

   Dated:   September 1, 2025

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

2